

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00412-CV

**IN THE INTEREST OF L.A.C.**, A.I.A.C., S.A.C., and H.A.C., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00887
Honorable Linda Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of costs; no costs of court are taxed in this appeal.

SIGNED February 3, 2021.

_____
Patricia O. Alvarez, Justice